In the Matter of CHRISTOPHER R. TRIMBLE, as Administrator with the Will Annexed of MAE MALONE, Deceased, Respondent, against POLICE COMMISSIONER OF THE CITY OF NEW YORK et al., Appellants.

Argued February 23, 1955; decided April 14, 1955.

*Peter Campbell Brown, Corporation Counsel (Henry J. Shields* and *Seymour B. Quel* of counsel), for appellants.

*Arthur A. Beaudry* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, J.